**Hearing Date and Time: February 14, 2017 at 10:00 a.m.**
**Objection Deadline: February 6, 2017 at 4:00 p.m.**

**PHILLIPS LYTLE LLP**
Nickolas Karavolas, Esq.  (NK2504)
Attorneys for the Trusts
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York  10018-1405
Telephone: (212) 759-4888
Facsimile: (212) 308-9079
E-mail: NKaravolas@PhillipsLytle.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Involuntary Chapter 11 |
| ADLEBI INC, | Case No.: 16-12256 (MEW) |
| Debtor. | |

**NOTICE OF HEARING ON MOTION OF THE TAX LIEN TRUSTS FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that upon the motion ("**Motion**") of NYCTL 1998-2/MTAG, NYCTL 2014-A Trust and NYCTL 2015-A Trust (collectively, the "**Trusts**") dated January 18, 2017 for relief from the automatic stay pursuant to section 362(d) of Title 11 of the United States Code ("**Bankruptcy Code**") to allow the Trusts to foreclose on their liens on certain real estate located at 72-58 Elizabeth Avenue, Far Rockaway, New York 11692, BBL 4-16065-0075 (the "**Property**"), the undersigned will move at a hearing to be held at the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), One Bowling Green, New York, New York 10004-1408, Courtroom 617, on the **14th day of February, 2017 at 10:00 a.m.** (**Eastern Time**) of that day, or as soon thereafter as counsel can be heard, for an Order

terminating the automatic stay; and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must be made in writing and should be served upon Phillips Lytle LLP, as counsel to the Trusts, The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018 (Attn: Nickolas Karavolas, Esq.), in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules and all General Orders of the Bankruptcy Court, so as to be received no later than **February 6, 2017 at 4:00 p.m.** ("**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that, in the event that no objections or responses are timely filed and served with respect to the Motion, the Trusts may, on or after the Objection Deadline, submit to the Court an order which may be entered with no further notice or opportunity to be heard offered to any party.

Dated:   New York, New York
         January 18, 2017

                                        PHILLIPS LYTLE LLP


                                        By:   /s/ Nickolas Karavolas
                                              Nickolas Karavolas, Esq. (NK2504)
                                              Attorneys for the Trust
                                              The New York Times Building
                                              620 Eighth Avenue, 23rd Floor
                                              New York, New York 10018
                                              Telephone: (212) 759-4888
                                              Facsimile: (212) 308-9079
                                              E-mail: NKaravolas@PhillipsLytle.com

Doc #05-482215.1