# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:                                              Involuntary Chapter 11

ADLEBI INC,                                         Case No.: 16-12256 (MEW)

               Debtor.

---

### ORDER ON MOTION OF THE TAX LIEN TRUSTS FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE

Coming before this Court was the motion ("**Motion**") of NYCTL 1998-2/MTAG, NYCTL 2014-A Trust and NYCTL 2015-A Trust (collectively, the "**Trusts**") for relief from the automatic stay pursuant to section 362(d) of Title 11 of the United States Code, with respect to real property located at 72-58 Elizabeth Avenue, Far Rockaway, New York 11692, BBL 4-16065-0075 (the "**Property**"), and the Trusts having given proper notice as required by the applicable Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and Local Rules of the United States Bankruptcy Court for the Southern District of New York, and no opposition having been submitted to the Motion, and the time for submission of any such opposition having elapsed,

NOW, THEREFORE, after due deliberation, it is hereby

ORDERED that the automatic stay relating to this bankruptcy case with respect to the Property and the Trusts is terminated; and it is further

ORDERED that the Trusts shall provide an accounting to the Debtor or any trustee appointed in this case for any surplus monies that may be realized from any disposition of the Property; and it is further

ORDERED that Bankruptcy Rule 4001(a)(3) staying an order granting a motion for relief from the automatic stay for fourteen (14) days is hereby waived.

Dated: _____, 2017
       New York, New York

                                                           _____
                                                           UNITED STATES BANKRUPTCY JUDGE