# Exhibit B

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  2008071100566001002EC93F |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 72 |
|---|---|

Document ID: 2008071100566001    Document Date: 06-26-2008    Preparation Date: 07-15-2008
Document Type: TAX LIEN SALE CERTIFICATE
Document Page Count: 1

| PRESENTER: | RETURN TO: |
|---|---|
| DEPARTMENT OF FINANCE<br>1 CENTRE STREET<br>NEW YORK, NY 10007 | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 32 | 15 | Entire Lot | |

Property Type: OTHER

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 32 | 138 | Entire Lot | |

Property Type: OTHER

x  Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page ____ or File Number_____

### PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| CITY OF NEW YORK<br>1 CENTRE STREET<br>NEW YORK, NY 10007 | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | EXEMPT | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    07-15-2008 16:56
City Register File No.(CRFN):
2008000280711

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2008071100566001002CCBBF

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)   PAGE 69 OF 72**

Document ID: 2008071100566001    Document Date: 06-26-2008    Preparation Date: 07-15-2008
Document Type: TAX LIEN SALE CERTIFICATE

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 16064 | 41 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16065 | 13 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16065 | 69 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16065 | 74 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16065 | 75 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16078 | 54 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16100 | 1 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16110 | 10 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16110 | 206 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16118 | 32 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16119 | 115 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16122 | 12 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16123 | 1 | Entire Lot | |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| QUEENS | 16125 | 17 | Entire Lot | |
| Property Type: OTHER | | | | |

# THE CITY OF NEW YORK
## TAX LIEN CERTIFICATE NO. 4A
### Queens
### June 26, 2008

THIS CERTIFICATE, made as of June 26, 2008, from The City of New York, a municipal corporation existing under the laws of the State of New York (the "City") having an address at The City of New York, Department of Finance, 1 Centre Street, New York, New York 10007, to The Bank of New York, as Collateral Agent and Custodian (the "Collateral Agent and Custodian"), having an address at 101 Barclay Street, 4W, New York, New York 10286, Attention: Asset Backed Securities Group,

### WITNESSETH:

THAT the City, in consideration of TEN DOLLARS ($10.00), lawful money of the United States, paid in hand by the Collateral Agent and Custodian, and other good and valuable consideration, receipt of which is hereby acknowledged, in accordance with Chapter 3 of Title 11 of the City Administrative Code, DOES HEREBY SELL, TRANSFER, ASSIGN, CONVEY, GRANT AND RELEASE unto the Collateral Agent and Custodian and its successors and assigns all of the City's right, title and interest in and to all real property taxes, assessments, sewer rents, sewer surcharges, water rents and any other City charges that, (A) prior to May 22, 2008, in the case of sewer rents, sewer surcharges and water rents listed under the heading "CIS" on Schedule A hereto, and (B) prior to May 19, 2008, in the case of all real property taxes, assessments and all other City charges, including sewer rents, sewer surcharges and water rents listed under the heading "Environ" on Schedule A hereto (each such date, a "Sale Date"), have become a lien against those certain parcels of real property (each, a "Property") located in the Borough of Queens, County of Queens and listed on either Schedule A hereto by block and lot number, plus all interest and penalties accrued thereon to the applicable Sale Date, plus (except in the case of Properties as to which the owners thereof were subject to bankruptcy proceedings on the applicable Sale Date ("Bankruptcy Tax Liens")) costs of advertisements and notices of sale and a surcharge equal to five percent (5%) of the sum of all such amounts (all such amounts with respect to a Property, including costs of advertisements and notices of sale and the surcharge if any, collectively, a "Tax Lien") in the total amount (the "Tax Lien Principal Balance") set forth with respect to each Property on either Schedule A hereto, plus interest accruing thereon from the applicable Sale Date at the rate of eighteen percent (18%) per annum, compounded daily (or nine percent (9%) per annum, compounded daily, in the case of (A) real property taxes included in Bankruptcy Tax Liens on certain Properties and (B) sewer rents, sewer surcharges and water rents included in Bankruptcy Tax Liens).

THAT the Tax Lien Principal Balance for each Tax Lien is due and payable one year from the applicable Sale Date, unless it becomes due and payable earlier as set forth in Section 11-332 of the City Administrative Code. Accrued interest on the Tax Lien Principal Balance for each Tax Lien is payable semi-annually on the date which is six months from applicable Sale Date, and on each anniversary of such date and applicable Sale Date, until the Tax Lien Principal

Balance is paid in full. The Tax Lien Principal Balance and all accrued interest thereon shall be payable directly to the Collateral Agent and Custodian or its designee.

TO HAVE AND TO HOLD the premises herein granted unto the Collateral Agent and Custodian and its successors and assigns forever.

IN WITNESS WHEREOF, the City has duly executed this Certificate as of the day and year first above written.

Approved as to form:

| NEW YORK CITY LAW DEPARTMENT | THE CITY OF NEW YORK |
|---|---|
| By _____ <br> Albert F. Moncure, Jr. <br> Acting Corporation Counsel | By _____ <br> Margaret Donadio <br> Tax Lien Ombudsperson |

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF NEW YORK )

On June __, 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared Margaret Donadio, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My commission expires: May 22, 2011

YASMIN MARINARO
Notary Public, State of New York
No. 4951284 Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 22, 2011

[SEAL]

New York Tax Liens
NYC Tax Liens 2008-A (Schedule A)
Totals for Certificate Number 4A

| | |
|---|---:|
| Property | 9,681,088.68 |
| Other | 385,565.46 |
| Environ | 0.00 |
| CIS | 3,376,927.53 |
| Noticing Fees | 265,077.12 |
| Surcharge | 677,832.52 |
| Lien Total | 14,386,491.31 |

Records: 970
Balance: $14,386,491.31
Selection: Queens

New York Tax Liens
NYC Tax Liens 2008-A (Schedule A) *** $61,089,991.55 (3458) Liens

Page 21 of 22
Report Schedule
Tuesday, June 24, 2008

| Block | Lot | Property Address | Owner | Property | Other | Environ | CIS | Noticing Fees | Surcharges | Lien Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 15710 | 6 | 22-12 REGINA AVENUE | JOHNAON, REGINA | 0.00 | 0.00 | 0.00 | 6,789.12 | 273.84 | 353.15 | 7,416.11 |
| 15719 | 136 | 24-21R BAYSWATER AVENUE | CAROLINE AJAYI | 2,464.60 | 0.00 | 0.00 | 0.00 | 273.84 | 136.92 | 2,875.36 |
| 15731 | 84 | 14154 BAY 24 STREET | REUVEN ILANITH | 15,618.92 | 0.00 | 0.00 | 0.00 | 273.84 | 784.64 | 16,687.40 |
| 15742 | 89 | 29-37 FALCON AVENUE | | 3,718.05 | 1,120.13 | 0.00 | 0.00 | 273.84 | 255.60 | 5,367.62 |
| 15749 | 216 | 13058 BAY 32 STREET | TICAS, DAVID | 0.00 | 0.00 | 0.00 | 11,238.80 | 273.84 | 575.63 | 12,088.27 |
| 15752 | 56 | 22-23 CORNAGA AVENUE | JACQUELINE DOUGLAS | 0.00 | 0.00 | 0.00 | 4,407.25 | 273.84 | 234.05 | 4,915.14 |
| 15756 | 22 | 23-60 BEACH CHANNEL DRIVE | ASHLEY,IVY | 9,927.24 | 0.00 | 0.00 | 0.00 | 273.84 | 510.05 | 10,711.13 |
| 15765 | 14 | 552 BEACH 25 STREET | DOUBLE MILLION LLC | 0.00 | 0.00 | 0.00 | 6,427.62 | 273.84 | 335.07 | 7,036.53 |
| 15782 | 42 | 20852 FERNSIDE PLACE | WORJLOH, CIEAGBAE | -9,541.38 | 0.00 | 0.00 | 8,157.39 | 273.84 | 898.63 | 18,871.24 |
| 15783 | 45 | 31444 SEAGIRT BOULEVARD | GREEN, LAKEESHA T | 0.00 | 0.00 | 0.00 | 3,057.22 | 273.84 | 166.55 | 3,497.61 |
| 15790 | 9 | | MOHAMED, ROACHNIE | 2,263.19 | 0.00 | 0.00 | 0.00 | 273.84 | 126.85 | 2,663.88 |
| 15794 | 25 | 29-12 DEERFIELD ROAD | GEORGE C LEIGH | 0.00 | 0.00 | 0.00 | 3,397.88 | 273.84 | 183.59 | 3,855.31 |
| 15800 | 31 | 306 BEACH 27 STREET | 306 ACQUISITION CORP | 0.00 | 0.00 | 0.00 | 12,449.62 | 273.84 | 636.17 | 13,359.63 |
| 15807 | 7 | 229 BEACH 31 STREET | WILSON, ANTHONY | 0.00 | 0.00 | 0.00 | 5,946.60 | 273.84 | 311.02 | 6,531.46 |
| 15807 | 28 | 31-16 SEAGIRT AVENUE | JEAN, RONEL | 0.00 | 0.00 | 0.00 | 2,852.54 | 273.84 | 156.32 | 3,282.70 |
| 15807 | 34 | 208A BEACH 32 STREET | GLORIA LEWIS | 0.00 | 0.00 | 0.00 | 3,788.76 | 273.84 | 203.13 | 4,265.73 |
| 15808 | 21 | 3003 SEAGIRT AVENUE | EMC MORTGAGE CORPORAT | 0.00 | 0.00 | 0.00 | 3,581.06 | 273.84 | 192.75 | 4,047.65 |
| 15815 | 21 | | P KELTZ | 2,638.73 | 266.51 | 0.00 | 0.00 | 273.84 | 158.95 | 3,338.03 |
| 15817 | 31 | 152 BEACH 26 STREET | ROCK CONSTRUCTION, LL | 10,667.87 | 93.66 | 0.00 | 0.00 | 273.84 | 551.77 | 11,587.14 |
| 15819 | 64 | 147 BEACH 27 STREET | JAMES C. KELLY | 0.00 | 0.00 | 0.00 | 5,649.42 | 273.84 | 296.16 | 6,219.42 |
| 15826 | 31 | | MARGERT COMMUNITY COR | 71,828.37 | 2,577.54 | 0.00 | 0.00 | 273.84 | 3,733.99 | 78,413.74 |
| 15835 | 39 | 360 BEACH 45 STREET | BATES, THELMA | 0.00 | 0.00 | 0.00 | 2,816.51 | 273.84 | 154.52 | 3,244.87 |
| 15838 | 48 | 337 BEACH 46 STREET | JONES DRUCILLA | 0.00 | 0.00 | 0.00 | 2,586.24 | 273.84 | 143.00 | 3,003.08 |
| 15838 | 51 | | CUBA, ANGELA | 4,956.50 | 0.00 | 0.00 | 0.00 | 273.84 | 261.52 | 5,491.86 |
| 15838 | 53 | 329 BEACH 46 STREET | JAMES H MELVILLE | 0.00 | 0.00 | 0.00 | 4,240.93 | 273.84 | 225.74 | 4,740.51 |
| 15841 | 50 | 49-01 BEACH CHANNEL DRIVE | | 9,739.88 | 0.00 | 0.00 | 0.00 | 273.84 | 500.69 | 10,514.41 |
| 15845 | 1 | 37-21 ROCKAWAY BEACH BLVD | ALKAIFI, ABDO | 13,536.08 | 0.00 | 0.00 | 0.00 | 273.84 | 690.50 | 14,500.42 |
| 15913 | 64 | 66-19 BEACH CHANNEL DRIVE | JAMILA ALKAIFI | 29,479.31 | 143.28 | 0.00 | 805.75 | 273.84 | 1,535.11 | 32,237.29 |
| 15966 | 65 | 469 BEACH 44 STREET | ROBERT J CLOSS | 9,532.91 | 43,510.07 | 0.00 | 0.00 | 273.84 | 2,665.84 | 55,982.66 |
| 15966 | 77 | | WALTER ADAMS | 31,945.89 | 35,281.43 | 0.00 | 0.00 | 273.84 | 3,375.06 | 70,876.22 |
| 15968 | 87 | | EUGENE SILAS | 4,333.55 | 12,040.57 | 0.00 | 0.00 | 273.84 | 832.40 | 17,480.36 |
| 16015 | 40 | 19815 BEACH 63 STREET | GARCIA, DAVID | 0.00 | 0.00 | 0.00 | 4,067.25 | 273.84 | 217.05 | 4,558.14 |
| 16033 | 19 | 540 BEACH 67 STREET | RAMDIN, NAZIM | 18,087.54 | 0.00 | 0.00 | 0.00 | 273.84 | 918.07 | 19,279.45 |
| 16034 | 9 | 39586 BEACH 68 STREET | HAMILTON, CARLUS | 0.00 | 0.00 | 0.00 | 2,053.44 | 273.84 | 116.36 | 2,443.64 |
| 16037 | 27 | 442 BEACH 64 STREET | GEORGE C CORDON | 11,951.19 | 0.00 | 0.00 | 0.00 | 273.84 | 611.25 | 12,836.28 |
| 16038 | 70 | 64-08 BEACH CHANNEL DRIVE | BEACH CHANNEL 64 LLC | 33,894.16 | 56.50 | 0.00 | 0.00 | 273.84 | 1,711.23 | 35,935.73 |
| 16040 | 73 | 66-10 BEACH CHANNEL DRIVE | SHERHAN MOHAMED | 6,518.68 | 0.00 | 0.00 | 8,092.10 | 273.84 | 744.23 | 15,628.85 |
| 16045 | 7 | 69-51 BAYFIELD AVENUE | TUNCEL, HUSEYIN | 4,138.71 | 0.00 | 0.00 | 0.00 | 273.84 | 220.63 | 4,633.18 |
| 16047 | 28 | 615 BEACH 69 STREET | RAPHAEL A GREAVES | 9,542.24 | 0.00 | 0.00 | 2,704.97 | 273.84 | 626.05 | 13,147.10 |
| 16047 | 59 | 69-56 ALMEDA AVENUE | CONCORD HOME SALES IN | 8,548.45 | 0.00 | 0.00 | 0.00 | 273.84 | 441.11 | 9,263.40 |
| 16064 | 41 | 72-22 BURCHELL AVENUE | ROSEBORO, ALVIN | 9,170.04 | 0.00 | 0.00 | 24,325.26 | 273.84 | 1,688.46 | 35,457.60 |
| 16065 | 13 | | VERNAM BASIN BOAT REP | 10,440.81 | 0.00 | 0.00 | 0.00 | 273.84 | 535.73 | 11,250.38 |
| 16065 | 69 | | VERNAM BASIN BOAT REP | 9,267.97 | 0.00 | 0.00 | 0.00 | 273.84 | 477.09 | 10,018.90 |
| 16065 | 74 | | VERNAM BASIN BOAT REP | 2,956.59 | 0.00 | 0.00 | 0.00 | 273.84 | 161.52 | 3,391.95 |
| 16065 | 75 | 72-58 ELIZABETH AVENUE | VERNAM BASIN BOAT REP | 23,488.31 | 0.00 | 0.00 | 0.00 | 273.84 | 1,188.11 | 24,950.26 |

Index No. 23251/11

MTAG Services, LLC
P.O. Box 223762
Pittsburgh, PA 15251-2762
(800) 750-9210

## MTAG - Closing Payoff Statement 8.3.2016

NYCTL Computation:    Cert# 1102922                Borough/Block/Lot: 4/16065/0075

| | |
|---|---:|
| Principal Amt. Due as of 4/3/2012 (Date of Entry): | $ 18,706.30 |
| Interest Due at 18% as of 4/3/2012 (Date of Entry): | $ 9,892.33 |
| **P&I as of 4/3/2012 (Date of Entry):** | **$ 28,598.63** |
| Interest Bearing Fees | |
| Bill of Costs: | $ 1,600.00 |
| Additional Allowance: | $ 300.00 |
| Legal Fees: | $ 2,500.00 |
| *Total Interest Bearing Fees:* | $ 4,400.00 |
| **Subtotal:** | **$ 32,998.63** |
| Interest from 4/4/2012 (Day after Entry) to 8/3/2016, 1583 days @ 9%: | $ 12,880.31 |
| Non-Interest Bearing Fees | |
| Advertising Costs : | $ 4,082.00 |
| Referee Fees: | $ 1,000.00 |
| Discontinuance: | $ 0.00 |
| *Total Non-Interest Bearing Fees:* | $ 5,082.00 |
| **TOTAL DUE AS OF 8/3/2016:** | **$ 50,960.94** |

| 8/4/2016 | | 8/5/2016 | | 8/6/2016 | |
|---|---:|---|---:|---|---:|
| Interest: | $12,888.45 | Interest: | $12,896.59 | Interest: | $12,904.72 |
| Total Due: | $50,969.08 | Total Due: | $50,977.22 | Total Due: | $50,985.35 |

| 8/7/2016 | | 8/8/2016 | | 8/9/2016 | |
|---|---:|---|---:|---|---:|
| Interest: | $12,912.86 | Interest: | $12,921.00 | Interest: | $12,929.13 |
| Total Due: | $50,993.49 | Total Due: | $51,001.63 | Total Due: | $51,009.76 |

Sending Payment

| Make Checks Payable To: | Via Regular Mail: | Via Overnight Courier: |
|---|---|---|
| **NYCTL1998-2 Trust MTAG**<br><br>Please do not indicate<br>PAYMENT IN FULL<br>on your check | **NYCTL1998-2 / MTAG**<br>**P.O. Box 223762**<br>**Pittsburgh, PA 15251-2762** | **NYCTL1998-2 / MTAG**<br>**Lockbox 223762**<br>**500 Ross Street 154-0455**<br>**Pittsburgh, PA 15251-0001**<br><br>Priority AM Delivery Required |

Send Release to

| Company: | Attention: | Mailing Address: | Contact Phone Number: |
|---|---|---|---|
|  |  |  |  |

PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

# Tax Lien Payoff Quote Cover Letter

www.TaxLienSupport.com

MTAG Services LLC
P.O. Box 223762
Pittsburgh, PA, 15251 - 2762

Wednesday, August 31, 2016

To Whom It May Concern:

Per your request, attached is the payoff lien quote you requested for 72-58 ELIZABETH AVENUE, NY, 11692.

If you are unable to pay the balance in full, you may be eligible to enter into a forbearance agreement. Please contact one of our representatives at our toll free number listed below to discuss your eligibility.

When sending payment, please be sure to include interest listed for the date that we will receive it. We will refund overpayments but will not release a lien if it is not fully paid.

If you send a certified check or money order we will begin processing the release seven days after payment receipt. If you send a personal or company check we are required to wait ninety days before beginning the release process. Once you receive the release it is your responsibility to have it recorded at the City Register's Office.

Be sure to complete the "Send Release To" section of the attached payoff quote with the address to which you would like the lien release sent. Return this with your payment so you receive the release promptly after it is created.

To dispute Water & Sewer charges, please contact the Ombudsperson of the NYC Dept. of Environmental Protection:
Patrick Hendricks at (718)-595-3352 or ombuds@dep.nyc.gov.
59-17 Junction Boulevard, Flushing, 13th Floor, NY 11373

For Real Property Tax and other charges and Senior Citizen concerns, please contact the Ombudsperson of the NYC Dept. of Finance:
Sophia Walkes at 212-504-4039 or 212-504-4037 or taxlien@finance.nyc.gov
1 Centre Street, New York, NY 10007

If you have any questions please feel free to contact us at (800) 750-9210, or at support@MTAGServices.com

Sincerely,

MTAG Services LLC

Servicer for New York City Tax Lien Trust 1998-2

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS. ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED. PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. The City of New York sold outstanding tax liens to the NYCTL 1998-2 Trust ("Trust") pursuant to a Tax Lien Certificate. The Trust has authorized MTAG Services, LLC ("MTAG") to service and collect the tax liens. These delinquent taxes are now owed to the NYCTL 1998-2 Trust, not to the City of New York.

*** Please return a copy of this statement with your payment ***

# MTAG - Tax Lien PayOff Quote

www.TaxLienSupport.com

**Inquiries please call:**
MTAG: 800-750-9210

To:

This document is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

**Lien #: 1056564**    **Account: 4-16065-0075**    **Borough: 4**    **Block/Lot: 16065/75**

## Property Information

**8/2/2016**

| | |
|---|---|
| Total Amount Due | $37,440.63 |
| Lien Amount Sold | $25,625.05 |
| Interest | $11,815.58 |
| Fees Due | $0.00 |

### Lien Amount Sold Breakdown

| | |
|---|---|
| Property | $24,216.20 |
| DEP Water | $0.00 |
| DOF Water | $0.00 |
| ERP | $0.00 |
| Other | $0.00 |
| Noticing | $188.61 |
| Surcharge | $1,220.24 |

### Interest Breakdown

| | |
|---|---|
| Property Interest | $11,815.58 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,440.63** |

### Attorney Fees Breakdown

| | |
|---|---|
| Advertising | $0.00 |
| Attorney Fees | $0.00 |
| Court Filing Fees | $0.00 |
| Foreclosure Search | $0.00 |
| Legal Expenses | $0.00 |
| Other | $0.00 |
| Publication | $0.00 |
| Referee | $0.00 |
| Service Processing | $0.00 |
| **Total Fees** | **$0.00** |
| Payment Received | $0.00 |
| Fees Due | $0.00 |

### 8/3/2016

| | |
|---|---|
| Property Interest | $11,824.81 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,449.86** |

### 8/4/2016

| | |
|---|---|
| Property Interest | $11,834.05 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,459.10** |

### 8/5/2016

| | |
|---|---|
| Property Interest | $11,843.28 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,468.33** |

### 8/8/2016

| | |
|---|---|
| Property Interest | $11,871.01 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,496.06** |

### 8/9/2016

| | |
|---|---|
| Property Interest | $11,880.25 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,505.30** |

### 8/10/2016

| | |
|---|---|
| Property Interest | $11,889.50 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$37,514.55** |

**Total Previous Payments:** $0.00
**Accrual Date** 5/18/2012

## Payment Information:

Make checks payable to:
NYCTL 1998-2/MTAG
Please do not indicate
PAYMENT IN FULL
on your check

Send payment via Regular Mail to:
NYCTL 1998-2/MTAG
P.O. Box 223762
Pittsburgh, PA, 15251 - 2762

Send payment via overnight courier to:
NYCTL 1998-2/MTAG
Attn: Lockbox 223762 500 Ross Street. 154-0455
Pittsburgh, PA, 15251 - 0001
Priority AM Delivery Required

## Send Release to:

| Company: | Attention: | Mailing Address: | Contact Phone Number: |
|---|---|---|---|

# Tax Lien Payoff Quote Cover Letter

MTAG Services LLC
P.O. Box 223762
Pittsburgh, PA, 15251 - 2762

www.TaxLienSupport.com

Wednesday, August 31, 2016

To Whom It May Concern:

Per your request, attached is the payoff lien quote you requested for 72-58 ELIZABETH AVENUE, NY, 11692.

If you are unable to pay the balance in full, you may be eligible to enter into a forbearance agreement. Please contact one of our representatives at our toll free number listed below to discuss your eligibility.

When sending payment, please be sure to include interest listed for the date that we will receive it. We will refund overpayments but will not release a lien if it is not fully paid.

If you send a certified check or money order we will begin processing the release seven days after payment receipt. If you send a personal or company check we are required to wait ninety days before beginning the release process. Once you receive the release it is your responsibility to have it recorded at the City Register's Office.

Be sure to complete the "Send Release To" section of the attached payoff quote with the address to which you would like the lien release sent. Return this with your payment so you receive the release promptly after it is created.

To dispute Water & Sewer charges, please contact the Ombudsperson of the NYC Dept. of Environmental Protection:
Patrick Hendricks at (718)-595-3352 or ombuds@dep.nyc.gov.
59-17 Junction Boulevard, Flushing, 13th Floor, NY 11373

For Real Property Tax and other charges and Senior Citizen concerns, please contact the Ombudsperson of the NYC Dept. of Finance:
Sophia Walkes at 212-504-4039 or 212-504-4037 or taxlien@finance.nyc.gov
1 Centre Street, New York, NY 10007

If you have any questions please feel free to contact us at (800) 750-9210, or at support@MTAGServices.com

Sincerely,

MTAG Services LLC

Servicer for New York City Tax Lien Trust 1998-2

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS. ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED. PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. The City of New York sold outstanding tax liens to the NYCTL 1998-2 Trust ("Trust") pursuant to a Tax Lien Certificate. The Trust has authorized MTAG Services, LLC ("MTAG") to service and collect the tax liens. These delinquent taxes are now owed to the NYCTL 1998-2 Trust, not to the City of New York.

*** Please return a copy of this statement with your payment ***

# MTAG - Tax Lien PayOff Quote

www.TaxLienSupport.com

Inquiries please call:
MTAG: 800-750-9210

This document is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

**To:**

**Lien #: 1155657**   **Account: 4-16065-0075**   **Borough: 4**   **Block/Lot: 16065/75**

## Property Information

### 8/2/2016

| | |
|---|---|
| Total Amount Due | $21,466.21 |
| Lien Amount Sold | $16,334.97 |
| Interest | $5,131.24 |
| Fees Due | $0.00 |

### Attorney Fees Breakdown

| | |
|---|---|
| Advertising | $0.00 |
| Attorney Fees | $0.00 |
| Court Filing Fees | $0.00 |
| Foreclosure Search | $0.00 |
| Other | $0.00 |
| Publication | $0.00 |
| Referee | $0.00 |
| Service Processing | $0.00 |
| **Total Fees** | **$0.00** |
| Payment Received | $0.00 |
| **Fees Due** | **$0.00** |

### Lien Amount Sold Breakdown

| | |
|---|---|
| Property | $15,392.73 |
| DEP Water | $0.00 |
| DOF Water | $0.00 |
| ERP | $0.00 |
| Other | $0.00 |
| Noticing | $164.38 |
| Surcharge | $777.86 |

### Interest Breakdown

| | |
|---|---|
| Property Interest | $5,131.24 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,466.21** |

### 8/3/2016

| | |
|---|---|
| Property Interest | $5,136.53 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,471.50** |

### 8/4/2016

| | |
|---|---|
| Property Interest | $5,141.83 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,476.80** |

### 8/5/2016

| | |
|---|---|
| Property Interest | $5,147.12 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,482.09** |

### 8/8/2016

| | |
|---|---|
| Property Interest | $5,163.02 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,497.99** |

### 8/9/2016

| | |
|---|---|
| Property Interest | $5,168.32 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,503.29** |

### 8/10/2016

| | |
|---|---|
| Property Interest | $5,173.62 |
| DEP Water Interest | $0.00 |
| DOF Water Interest | $0.00 |
| ERP Interest | $0.00 |
| Other Interest | $0.00 |
| **Total Amount Due** | **$21,508.59** |

| | |
|---|---|
| **Total Previous Payments:** | $0.00 |
| **Accrual Date** | 7/22/2013 |

## Payment Information:

Make checks payable to:
NYCTL 1998-2/MTAG
Please do not indicate
PAYMENT IN FULL
on your check

Send payment via Regular Mail to:
NYCTL 1998-2/MTAG
P.O. Box 223762
Pittsburgh, PA, 15251 - 2782

Send payment via overnight courier to:
NYCTL 1998-2/MTAG
Attn: Lockbox 223762 500 Ross Street. 154-0455
Pittsburgh, PA, 15251 - 0001
Priority AM Delivery Required

## Send Release to:

| Company: | Attention: | Mailing Address: | Contact Phone Number: |
|---|---|---|---|

8/31/2016 11:29:44 AM  (MFCVreportaccount)

Page 2 of 2

**Tax Lien Payoff Quote Cover Letter**                    www.TaxLienSupport.com

Wednesday, August 31, 2016

MTAG Services LLC
PO Box 223762
Pittsburgh, PA, 15251 - 2762

To Whom It May Concern:

Per your request, attached is the payoff lien quote you requested for 72-58 ELIZABETH AVENUE, NY, 11692.

If you are unable to pay the balance in full, you may be eligible to enter into a forbearance agreement. Please contact one of our representatives at our toll free number listed below to discuss your eligibility.

When sending payment, please be sure to include interest listed for the date that we will receive it. We will refund overpayments but will not release a lien if it is not fully paid.

If you send a certified check or money order we will begin processing the release seven days after payment receipt. If you send a personal or company check we are required to wait ninety days before beginning the release process. Once you receive the release it is your responsibility to have it recorded at the City Register's Office.

Be sure to complete the "Send Release To" section of the attached payoff quote with the address to which you would like the lien release sent. Return this with your payment so you receive the release promptly after it is created.

To dispute Water & Sewer charges, please contact the Ombudsperson of the NYC Dept. of Environmental Protection:
  Patrick Hendricks at (718)-595-3352 or ombuds@dep.nyc.gov.
  59-17 Junction Boulevard, Flushing, 13th Floor, NY 11373

For Real Property Tax and other charges and Senior Citizen concerns, please contact the Ombudsperson of the NYC Dept. of Finance:
  Sophia Walkes at 212-504-4039 or 212-504-4037 or taxlien@finance.nyc.gov
  1 Centre Street, New York, NY 10007

If you have any questions please feel free to contact us at (800) 750-9210, or at support@MTAGServices.com

Sincerely,

MTAG Services LLC


Servicer for New York City Tax Lien Trust 1996-2

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED. PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. The City of New York sold outstanding tax liens to the NYCTL 1996-2 Trust ("Trust") pursuant to a Tax Lien Certificate. The Trust has authorized MTAG Services, LLC ("MTAG") to service and collect the tax liens. These delinquent taxes are now owed to the NYCTL 1996-2 Trust, not to the City of New York.

*** Please return a copy of this statement with your payment ***       www.TaxLienSupport.com

## MTAG - Tax Lien PayOff Quote

Inquiries please call: MTAG: 800-750-9210

This document is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

**Property Information**   Lien #: 1268008    Account: 4-16065-0075    Borough: 4    Block/Lot: 16065/75

| 8/2/2016 | | Attorney Fees Breakdown | | 8/3/2016 | | 8/8/2016 | |
|---|---|---|---|---|---|---|---|
| Total Amount Due | $14,944.24 | Advertising | $0.00 | Property Interest | $2,508.18 | Property Interest | $2,526.62 |
| Lien Amount Sold | $12,439.74 | Attorney Fees | $0.00 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| Interest | $2,504.50 | Court Filing Fees | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| Fees Due | $0.00 | Foreclosure Search | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 |
| | | Other | $0.00 | Other Interest | $0.00 | Other Interest | $0.00 |
| **Lien Amount Sold Breakdown** | | Publication | $0.00 | Total Amount Due | $14,947.92 | Total Amount Due | $14,966.36 |
| Property | $11,693.55 | Referee | $0.00 | 8/4/2016 | | 8/9/2016 | |
| DEP Water | $0.00 | Service Processing | $0.00 | Property Interest | $2,511.87 | Property Interest | $2,530.31 |
| DOF Water | $0.00 | Total Fees | $0.00 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| ERP | $0.00 | Payment Received | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| Other | $0.00 | Fees Due | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 |
| Noticing | $153.82 | | | Other Interest | $0.00 | Other Interest | $0.00 |
| Surcharge | $592.37 | | | Total Amount Due | $14,951.61 | Total Amount Due | $14,970.05 |
| | | | | 8/5/2016 | | 8/10/2016 | |
| | | | | Property Interest | $2,515.55 | Property Interest | $2,534.00 |
| **Interest Breakdown** | | | | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| Property Interest | $2,504.50 | | | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| DEP Water Interest | $0.00 | | | ERP Interest | $0.00 | ERP Interest | $0.00 |
| DOF Water Interest | $0.00 | | | Other Interest | $0.00 | Other Interest | $0.00 |
| ERP Interest | $0.00 | | | Total Amount Due | $14,955.29 | Total Amount Due | $14,973.74 |
| Other Interest | $0.00 | | | | | | |
| Total Amount Due | $14,944.24 | | | **Total Previous Payments:** | | | $0.00 |
| | | | | **Accrual Date** | | | 7/21/2014 |

**Payment Information:**

| Make checks payable to: | Send payment via Regular Mail to: | Send payment via overnight courier to: |
|---|---|---|
| 1998-2 Trust/MTAG | 1998-2 Trust/MTAG | NYCTL 1998-2/MTAG |
| Please do not indicate | PO Box 223762 | Attn: Lockbox 223762 500 Ross Street 154-0455 |
| PAYMENT IN FULL | Pittsburgh, PA, 15251 - 2762 | Pittsburgh, PA, 15251 - 0001 |
| on your check | | Priority AM Delivery Required |

**Send Release to:**

| Company: | Attention: | Mailing Address: | Contact Phone Number: |
|---|---|---|---|
| | | | |

# Tax Lien Payoff Quote Cover Letter

www.TaxLienSupport.com

Wednesday, August 31, 2016

MTAG Services LLC
PO Box 360296
Pittsburgh, PA, 15251 - 6296

To Whom It May Concern:

Per your request, attached is the payoff lien quote you requested for 72-58 ELIZABETH AVENUE, NY, 11692.

If you are unable to pay the balance in full, you may be eligible to enter into a forbearance agreement. Please contact one of our representatives at our toll free number listed below to discuss your eligibility.

When sending payment, please be sure to include interest listed for the date that we will receive it. We will refund overpayments but will not release a lien if it is not fully paid.

If you send a certified check or money order we will begin processing the release seven days after payment receipt. If you send a personal or company check we are required to wait ninety days before beginning the release process. Once you receive the release it is your responsibility to have it recorded at the City Register's Office.

Be sure to complete the "Send Release To" section of the attached payoff quote with the address to which you would like the lien release sent. Return this with your payment so you receive the release promptly after it is created.

To dispute Water & Sewer charges, please contact the Ombudsperson of the NYC Dept. of Environmental Protection:
Patrick Hendricks at (718)-595-3352 or ombuds@dep.nyc.gov.
59-17 Junction Boulevard, Flushing, 13th Floor, NY 11373

For Real Property Tax and other charges and Senior Citizen concerns, please contact the Ombudsperson of the NYC Dept. of Finance:
Sophia Walkes at 212-504-4039 or 212-504-4037 or taxlien@finance.nyc.gov
1 Centre Street, New York, NY 10007

If you have any questions please feel free to contact us at (800) 750-9210. or at support@MTAGServices.com

Sincerely,

MTAG Services LLC

Servicer for New York City Tax Lien Trust 2015-A

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS. ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED. PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. The City of New York sold outstanding tax liens to the NYCTL 2015-A Trust ("Trust") pursuant to a Tax Lien Certificate. The Trust has authorized MTAG Services, LLC ("MTAG") to service and collect the tax liens. These delinquent taxes are now owed to the NYCTL 2015-A Trust, not to the City of New York.

*** Please return a copy of this statement with your payment ***

# MTAG - Tax Lien PayOff Quote

| | | | www.TaxLienSupport.com |
|---|---|---|---|
| To: | | | Inquiries please call:<br>MTAG: 800-750-9210 |

This document is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

| Property Information | | Lien #: 1483478 | Account: 4-16065-0075 | | Borough: 4 | | Block/Lot: 16065/75 | |
|---|---|---|---|---|---|---|---|---|
| 8/2/2016 | | Attorney Fees Breakdown | | | 8/3/2016 | | 8/8/2016 | |
| Total Amount Due | $14,405.50 | Advertising | $0.00 | Property Interest | $1,288.64 | Property Interest | $1,306.41 |
| Lien Amount Sold | $13,120.42 | Attorney Fees | $0.00 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| Interest | $1,285.08 | Court Filing Fees | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| Fees Due | $0.00 | Foreclosure Search | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 |
| | | Other | $0.00 | Other Interest | $0.00 | Other Interest | $0.00 |
| | | Publication | $0.00 | Total Amount Due | $14,409.06 | Total Amount Due | $14,426.83 |
| Lien Amount Sold Breakdown | | Referee | $0.00 | | 8/4/2016 | | 8/9/2016 |
| Property | $12,275.73 | Service Processing | $0.00 | Property Interest | $1,292.19 | Property Interest | $1,309.97 |
| DEP Water | $0.00 | **Total Fees** | **$0.00** | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| DOF Water | $0.00 | Payment Received | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| ERP | $0.00 | **Fees Due** | **$0.00** | ERP Interest | $0.00 | ERP Interest | $0.00 |
| Other | $0.00 | | | Other Interest | $0.00 | Other Interest | $0.00 |
| Noticing | $219.91 | | | Total Amount Due | $14,412.61 | Total Amount Due | $14,430.39 |
| Surcharge | $624.78 | | | | 8/5/2016 | | 8/10/2016 |
| Interest Breakdown | | | | Property Interest | $1,295.74 | Property Interest | $1,313.52 |
| Property Interest | $1,285.08 | | | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 |
| DEP Water Interest | $0.00 | | | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 |
| DOF Water Interest | $0.00 | | | ERP Interest | $0.00 | ERP Interest | $0.00 |
| ERP Interest | $0.00 | | | Other Interest | $0.00 | Other Interest | $0.00 |
| Other Interest | $0.00 | | | Total Amount Due | $14,416.16 | Total Amount Due | $14,433.94 |
| Total Amount Due | $14,405.50 | | | Total Previous Payments: | | | $0.00 |
| | | | | Accrual Date | | | 7/21/2015 |

## Payment Information:

| Make checks payable to:<br>NYCTL 2015-A Trust MTAG<br>Please do not indicate<br>PAYMENT IN FULL<br>on your check | Send payment via Regular Mail to:<br>NYCTL 2015-A Trust MTAG<br>PO Box 360296<br>Pittsburgh, PA, 15251 - 6296 | Send payment via overnight courier to:<br>NYCTL 2015-A Trust MTAG Attn: 360296<br>500 Ross Street 154-0455<br>Pittsburgh, PA, 15262 - 0001<br>Priority AM Delivery Required |
|---|---|---|

## Send Release to:

| Company: | Attention: | Mailing Address: | Contact Phone Number: |
|---|---|---|---|

8/31/2016 12:40:04 PM  (MFC\reportaccount)

Wednesday, August 31, 2016

# Tax Lien Payoff Quote Cover Letter

**www.TaxLienSupport.com**

MTAG Services LLC
PO Box 360139
Pittsburgh, PA, 15251 - 6139

To Whom It May Concern:

Per your request, attached is the payoff lien quote you requested for 72-58 ELIZABETH AVENUE, NY, 11692.

If you are unable to pay the balance in full, you may be eligible to enter into a forbearance agreement. Please contact one of our representatives at our toll free number listed below to discuss your eligibility.

When sending payment, please be sure to include interest listed for the date that we will receive it. We will refund overpayments but will not release a lien if it is not fully paid.

If you send a certified check or money order we will begin processing the release seven days after payment receipt. If you send a personal or company check we are required to wait ninety days before beginning the release process. Once you receive the release it is your responsibility to have it recorded at the City Register's Office.

Be sure to complete the "Send Release To" section of the attached payoff quote with the address to which you would like the lien release sent. Return this with your payment so you receive the release promptly after it is created.

To dispute Water & Sewer charges, please contact the Ombudsperson of the NYC Dept. of Environmental Protection:
Patrick Hendricks at (718)-595-3352 or ombuds@dep.nyc.gov.
59-17 Junction Boulevard, Flushing, 13th Floor, NY 11373

For Real Property Tax and other charges and Senior Citizen concerns, please contact the Ombudsperson of the NYC Dept. of Finance:
Sophia Walkes at 212-504-4039 or 212-504-4037 or taxlien@finance.nyc.gov
1 Centre Street, New York, NY 10007

If you have any questions please feel free to contact us at (800) 750-9210. or at support@MTAGServices.com

Sincerely,

MTAG Services LLC

Servicer for New York City Tax Lien Trust 2016-A

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS. ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED. PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. The City of New York sold outstanding tax liens to the NYCTL 2016-A Trust ('Trust') pursuant to a Tax Lien Certificate. The Trust has authorized MTAG Services, LLC ('MTAG') to service and collect the tax liens. These delinquent taxes are now owed to the NYCTL 2016-A Trust, not to the City of New York.

*** Please return a copy of this statement with your payment ***

# MTAG - Tax Lien PayOff Quote

Inquiries please call:
MTAG: 800-750-9210
www.TaxLienSupport.com

This document is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

**To:**

**Lien #: 1683408**    **Account: 4-16065-0075**    **Borough: 4**    **Block/Lot: 16065/75**

## Property Information

| | 8/2/2016 | | | 8/3/2016 | | | 8/4/2016 | |
|---|---|---|---|---|---|---|---|---|
| Total Amount Due | $13,326.74 | Property Interest | $52.48 | Property Interest | $55.77 | | | |
| Lien Amount Sold | $13,277.55 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 | | | |
| Interest | $49.19 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 | | | |
| Fees Due | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 | | | |
| | | Other Interest | $0.00 | Other Interest | $0.00 | | | |
| | | **Total Amount Due** | **$13,330.03** | **Total Amount Due** | **$13,333.32** | | | |

### Lien Amount Sold Breakdown

| | | | 8/5/2016 | | | 8/8/2016 | |
|---|---|---|---|---|---|---|---|
| Property | $12,430.57 | Property Interest | $59.05 | Property Interest | $68.92 | | |
| DEP Water | $0.00 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 | | |
| DOF Water | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 | | |
| ERP | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 | | |
| Other | $0.00 | Other Interest | $0.00 | Other Interest | $0.00 | | |
| Noticing | $214.72 | **Total Amount Due** | **$13,336.60** | **Total Amount Due** | **$13,346.47** | | |
| Surcharge | $632.26 | | | | | | |

### Attorney Fees Breakdown

| Advertising | $0.00 |
|---|---|
| Attorney Fees | $0.00 |
| Court Filing Fees | $0.00 |
| Foreclosure Search | $0.00 |
| Other | $0.00 |
| Publication | $0.00 |
| Referee | $0.00 |
| Service Processing | $0.00 |
| **Total Fees** | **$0.00** |
| Payment Received | $0.00 |
| **Fees Due** | **$0.00** |

### Interest Breakdown

| | | | 8/9/2016 | | | 8/10/2016 | |
|---|---|---|---|---|---|---|---|
| Property Interest | $49.19 | Property Interest | $72.21 | Property Interest | $75.50 | | |
| DEP Water Interest | $0.00 | DEP Water Interest | $0.00 | DEP Water Interest | $0.00 | | |
| DOF Water Interest | $0.00 | DOF Water Interest | $0.00 | DOF Water Interest | $0.00 | | |
| ERP Interest | $0.00 | ERP Interest | $0.00 | ERP Interest | $0.00 | | |
| Other Interest | $0.00 | Other Interest | $0.00 | Other Interest | $0.00 | | |
| **Total Amount Due** | **$13,326.74** | **Total Amount Due** | **$13,349.76** | **Total Amount Due** | **$13,353.05** | | |

**Total Previous Payments:** $0.00
**Accrual Date** 7/19/2016

## Payment Information:

Make checks payable to:
NYCTL 2016-A Trust MTAG
Please do not indicate
PAYMENT IN FULL
on your check

Send payment via Regular Mail to:
NYCTL 2016-A Trust MTAG
PO Box 360139
Pittsburgh, PA, 15251 - 6139

Send payment via overnight courier to:
NYCTL 2016-A Trust MTAG
Attn: 360139 500 Ross Street 154-0455
Pittsburgh, PA, 15262 - 0001
Priority AM Delivery Required

## Send Release to:

Company:    Attention:    Mailing Address:    Contact Phone Number: