# Exhibit F

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                            Chapter 7

Adlebi, Inc.,                                     Case No. 16-41607-cec

                       Debtor(s).
-------------------------------------------------------------x

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

**WHEREAS**, this involuntary case was commenced on April 18, 2016 by Yehuda Nelkenbaum (the "Petitioning Creditor"); and

**WHEREAS**, on April 18, 2016, an involuntary summons was issued; and

**WHEREAS**, no proof of service has been filed on the docket showing that the involuntary summons was served; and

**WHEREAS**, on May 25, 2016, an order was entered directing the Petitioning Creditor to appear at a hearing and show cause why this case should not be dismissed for failure to prosecute; and

**WHEREAS**, a hearing on the order to show cause was held on June 14, 2016 at which the Petition Creditor did not appear;

**NOW, THEREFORE**, it is hereby

**ORDERED**, that this case is dismissed for failure to prosecute.



Dated: Brooklyn, New York
June 16, 2016

                                                **Carla E. Craig**
                                    **United States Bankruptcy Judge**