# Exhibit G



# DELLO-IACONO
## LAW GROUP, P.C.

105 Maxess Rd, Suite 205  
Melville, NY 11747  
(631) 861-3001

John D. Dello-Iacono, Esq.  
john@dellolaw.com  
--------  
Anne E. Dello-Iacono, Esq.  
anne@dellolaw.com

August 1, 2016

**VIA: E-MAIL ONLY (gginsburgesq@yahoo.com)**  
Gary Ginsburg, Esq.

Re: **TIME OF THE ESSENCE CLOSING – 8/3/16 @ 11:00 a.m.**  
Premises: 72-58 Elizabeth Avenue, Queens, NY (B: 16065, L: 0075)  
Index No.: 23251/11  
Our File No.: 11-011078

Dear Mr. Ginsburg:

As you are aware, the closing for the above referenced matter will proceed on August 3, 2016 at 11:00 a.m., in my office, time being of the essence. The total due at the closing is $340,000.00. This is the total purchase price, less the deposit being held by the Referee.

Accordingly, please have you client bring **certified funds**, payable as follows:

1. 2015 lien - $14,409.06 payable to NYCTL 2015-A TRUST MTAG
2. 2014 lien - $14,947.92 payable to NYCTL 1998-2/MTAG
3. 2013 lien - $21,471.50 payable to NYCTL 1998-2/MTAG
4. 2012 lien - $37,908.86 payable to NYCTL 1998-2/MTAG
5. 2008 lien - $50,960.94 payable to NYCTL 1998-2/MTAG
6. $9,502.00 payable to the Title Company. This check represents open and transfer taxes payable through the foreclosure, all recording or pick-up fees and any other closing costs are your client's responsibility pursuant to the terms of sale.
7. $ 190,799.72 payable to Queens County Clerk

The Referee will make the deposit of $40,000.00, payable to the **Queens County Clerk** as additional surplus, **via certified or bank check (as required by the Court)**.

PLEASE NOTE: YOUR CLIENT'S FAILURE TO APPEAR AT THE CLOSING WITH THE CERTIFIED FUNDS PROVIDED ABOVE WILL RESULT IN THE FORFEITURE OF THE DEPOSIT AND A NEW FORECLOSURE SALE WILL BE SCHEDULED.

Please be guided accordingly.

Sincerely,

John D. Dello-Iacono

cc: Morton Povman, Esq. (via e-mail mpovman@povman.com and FEDEX w/enclosures)