UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Involuntary Chapter 11 |
| ADLEBI INC, | Case No.: 16-12256 (MEW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Nickolas Karavolas, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on January 18, 2017, I served or caused to be served by on the parties listed below: (i) *Notice of Hearing on Motion of the Tax Lien Trusts for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code*; and (ii) *Motion of the Tax Lien Trusts for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code*, together with all accompanying exhibits and attachments thereto:

By U.S. Mail

Adlebi Inc.
1732 1st Avenue
New York, NY 10128

Gerald Slotnick, Esq.
1833 East 12th Street
Brooklyn, NY 11229

Yehuda Nelkernbaum
1759 East 10th Street
Brooklyn, NY 11233

Office of the United States Trustee
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

<u>By Overnight Carrier</u>

Chambers of the Hon. Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dated: January 18, 2017

　*/s/ Nickolas Karavolas*
Nickolas Karavolas


Doc #05-482217.1