UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                                                : Chapter 11
                                                                     : Involuntary Case
ADLEBI, INC.                                                         :
                                                                     : Case No. 16-12256 (MEW)
              Putative Debtor.                                       :
---------------------------------------------------------------------:

ORDER FOR RELIEF

On August 2, 2016, Yehuda Nelkenbaum (the "Petitioning Creditor") filed a chapter 11 involuntary petition (the "Involuntary Petition") in this Court seeking an order for relief to be entered against Adlebi, Inc. (the "Putative Debtor") under title 11 of the United State Code. On August 3, 2016, a summons was issued to the Putative Debtor, directing the submission of a motion or answer to the Involuntary Petition within 21 days after service of the summons. On August 31, 2016, an affidavit of service was filed on the docket reflecting that service of the *Summons to Debtor in Involuntary Case and Involuntary Chapter 11 Bankruptcy Petition* had been made on August 30, 2016 by serving the authorized agent in the Office of the Secretary of State of the State of New York, pursuant to section 306 of the N.Y. Business Corporation Law. A hearing on an Order to show cause, dated November 14, 2016, was held on November 30, 2016, at which the Debtor's counsel appeared asking for an extension of time to answer because service had been made on the secretary of state and notice had not been received until after the deadline. An order approving the late filing of the answer was entered on December 16, 2016. On the same date, an answer was filed contesting entry of the order for relief, and with the consent of all parties, a hearing on the involuntary petition was scheduled for January 10, 2017. At the hearing on January 10, 2017, counsel to Adlebi stated that Adlebi consented to the entry of an order for relief. Based upon the foregoing, it is hereby

ORDERED, that the request for an Order for Relief is GRANTED; and it is further

ORDERED that the Debtor shall file all schedules, statements, lists, and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure within fourteen days from the date of entry of this Order.

Dated: New York, New York
      January 19, 2017

                    **s/Michael E. Wiles**
                    UNITED STATES BANKRUPTCY JUDGE

copies mailed to:

Adlebi Inc
1732 1st Avenue
#28263
New York, NY 10128

Gerald Slotnik, Esq.
1833 E. 12th Street
Brooklyn, NY 11229

Yehuda Nelkernbaum
1759 East 10th Street
Brooklyn, NY 11233

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014