**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Adlebi Inc | CASE NO.: 16–12256–mew |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 11 |

# NOTICE OF ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES

An involuntary petition was filed on August 2, 2016 against the above named debtor; service of the petition was made on August 31, 2016 ; and the debtor either failed to answer within the time prescribed by the Bankruptcy Code or consented to the petition. Therefore, an order for relief was granted pursuant to Chapter 11 of Title 11, United States Code, on January 19, 2017.

An order directing you to file schedules together with a list of creditors was entered on January 19, 2017 . You are directed to file or cause to be filed schedules and the list of creditors on the Court's Electronic Case File System (ECF) or by submission on a diskette or compact disk (CD) in PDF format within 14 days from the date of the order the following documents:

- a list containing the name and address of each creditor unless a schedule of liabilities has been filed;
- schedules of assets and liabilities;
- a schedule of current income and expenditures;
- a schedule of executory contracts and unexpired leases;
- a statement of financial affairs;
- copies of all payment advices or other evidence of payment, if any, with all but the last four digits of the debtor's social security number redacted, received by the debtor from an employer within 60 days before filing of the petition; and
- a record of any interest that the debtor has in an account or program of the type specified in §521(c) of the Code.

If you are unable to comply with this directive, you must file or cause to be filed your schedules and the list of creditors on a diskette or compact disk (CD) in Word, WordPerfect or DOS text (ASCII). If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. Upon your failure to comply with that order, all appropriate sanctions available under the Bankruptcy Code will be imposed.

Dated: January 20, 2017                                      Vito Genna
                                                             Clerk of the Court