# Notice Recipients

District/Off: 0208−1    User: aho    Date Created: 1/20/2017
Case: 16−12256−mew    Form ID: 153    Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Adlebi Inc        1732 1st Avenue        #28263        New York, NY 10128
ust         United States Trustee        Office of the United States Trustee        U.S. Federal Office Building        201 Varick Street, Room 1006        New York, NY 10014
aty         Gerald Slotnik        1833 E. 12th Street        Brooklyn, NY 11229

TOTAL: 3