**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Adlebi Inc | CASE NO.: 16–12256–mew |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 11 |

# NOTICE OF ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES

An involuntary petition was filed on August 2, 2016 against the above named debtor; service of the petition was made on August 31, 2016 ; and the debtor either failed to answer within the time prescribed by the Bankruptcy Code or consented to the petition. Therefore, an order for relief was granted pursuant to Chapter 11 of Title 11, United States Code, on January 19, 2017.

An order directing you to file schedules together with a list of creditors was entered on January 19, 2017 . You are directed to file or cause to be filed schedules and the list of creditors on the Court's Electronic Case File System (ECF) or by submission on a diskette or compact disk (CD) in PDF format within 14 days from the date of the order the following documents:

- a list containing the name and address of each creditor unless a schedule of liabilities has been filed;
- schedules of assets and liabilities;
- a schedule of current income and expenditures;
- a schedule of executory contracts and unexpired leases;
- a statement of financial affairs;
- copies of all payment advices or other evidence of payment, if any, with all but the last four digits of the debtor's social security number redacted, received by the debtor from an employer within 60 days before filing of the petition; and
- a record of any interest that the debtor has in an account or program of the type specified in §521(c) of the Code.

If you are unable to comply with this directive, you must file or cause to be filed your schedules and the list of creditors on a diskette or compact disk (CD) in Word, WordPerfect or DOS text (ASCII). If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. Upon your failure to comply with that order, all appropriate sanctions available under the Bankruptcy Code will be imposed.

Dated: January 20, 2017                                                  Vito Genna
                                                                          Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                             Case No. 16-12256-mew
Adlebi Inc                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: aho          Page 1 of 1          Date Rcvd: Jan 20, 2017
                              Form ID: 153       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.
db          +Adlebi Inc,   1732 1st Avenue,   #28263,   New York, NY 10128-5177
aty         +Gerald Slotnik,   1833 E. 12th Street,   Brooklyn, NY 11229-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 20 2017 19:51:46     United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                              TOTAL: 1

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
    Nickolas Karavolas    on behalf of Creditor    NYCTL 1998-2/MTAG, NYCTL 2014-A Trust and NYCTL 2015-A Trust nkaravolas@phillipslytle.com
                                                                                              TOTAL: 1